UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       Case No. 2:13-cr-20913
                                        Hon. Paul D. Borman

D-5 RAMASAMI GUNABALAN, M.D.,

    Defendant.

| Philip A. Ross | Christopher A. Andreoff (P10193) |
|---|---|
| U.S. Attorney | Jaffe, Raitt, Heuer & Weiss, PC |
| Attorney for Plaintiff | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 |   Ramasami Gunabalan, M.D. |
| Detroit, Michigan 48226 | 27777 Franklin Road, Suite 2500 |
| (313) 226-9790 | Southfield, Michigan 48034 |
| philip.ross@usdoj.gov | (248) 351-3000 |
| | candreoff@jaffelaw.com |

## **APPEARANCE**

    Please enter the appearance of Christopher A. Andreoff of Jaffe Raitt Heuer & Weiss, P.C. as retained counsel on behalf of Defendant Ramasami Gunabalan, M.D. in the above cause of action.

                                        JAFFE, RAITT, HEUER & WEISS, P.C.

                              By:   /s/ Christopher A. Andreoff
                                     Attorney for Defendant
                                         Ramasami Gunabalan, M.D.
                                    27777 Franklin Road, Suite 2500
                                    Southfield, Michigan 48034
                                    (248) 351-3000
                                    candreoff@jaffelaw.com
Dated:  September 16, 2014        (P10193)

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2014 I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                        /s/ Christopher A. Andreoff
                                        Jaffe, Raitt, Heuer & Weiss P.C.
                                        27777 Franklin Road, Suite 2500
                                        Southfield, Michigan 48034
                                        (248) 351-3000
                                        candreoff@jaffelaw.com
                                        P10193

2881660.1