UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

-v-

RAMASAMI GUNABALAN,

      Defendant

CASE NO. 2013-cr-20913-PDB-DRG

HON. PAUL D. BORMAN

## APPEARANCE AS ATTORNEY

PLEASE BE ADVISED that BRIAN M. LEGGHIO enters his Appearance as Co-Counsel on behalf of the Defendant, RAMASAMI GUNABALAN, in the above-captioned matter, and requests copies of all notices and pleadings filed therein.

Respectfully submitted,

By: /s/ Brian M. Legghio
BRIAN M. LEGGHIO (P29658)
Co-Counsel for Defendant, Ramasami Gunabalan
134 Market Street
Mount Clemens, MI 48043-1740
(586) 493-7000
Fax: (586)493-1177
blegghio@legghiolaw.com

Dated: September 17, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-v-

RAMASAMI GUNABALAN,

    Defendant

CASE NO.  2013-cr-20913-PDB-DRG

HON. PAUL D. BORMAN

## PROOF OF SERVICE

The undersigned, under penalty of perjury, certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause, by electronic filing using the Court's CM/ECF System today, September 17, 2015.

    /s/ Stacey Bellich
    Stacey Bellich, Legal Administrative Assistant