UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   Crim. No. 13-cr-20913

  Paul D. Borman
  United States District Judge

    Plaintiff,

vs.

RAMASAMI GUNABALAN, M.D.

    Defendant.
_____/

**STIPULATED FORFEITURE RESTRAINING ORDER**

The United States and the defendant, Ramasami Gunabalan, M.D., do hereby **STIPULATE** and **AGREE** that pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, 853 (e), the defendant shall provide to the United States Attorney's Office for the Eastern District of Michigan cashier's check for $198,152.32 representing funds on deposit at First Merit Bank Account Numbers XXXXXX1725 and XXXXXX5096.

The parties do further **STIPULATE** and **AGREE** that upon receipt, the United States Attorney's Office for the Eastern District of Michigan, **SHALL** deliver the above-described cashier's check to the United States Marshal's Service.

1

The United States Marshal's Service is hereby **ORDERED** to deposit the above-described cashier's check and to maintain custody of the same throughout the pendency of this case.

    **IT IS SO ORDERED.**

                                                    s/Paul D. Borman  
                                                    PAUL D. BORMAN  
                                                    UNITED STATES DISTRICT JUDGE

Dated: November 16, 2015

**IT IS SO STIPULATED**

Barbara L. McQuade  
United States Attorney

| s/Philip A. Ross | s/Christopher A. Andreoff (w/consent) |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | Jaffe, Raitt, Heuer, and Weiss, PC |
| Detroit, Michigan 48226 | 27777 Franklin Road, Suite 2500 |
| (313) 226-9790 | Southfield, MI 48034 |
| Philip.Ross@usdoj.gov | (248) 351-3000 |
| | CAndreoff@Jaffelaw.com |

Date: November 13, 2015

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 16, 2015.

                                              s/Deborah Tofil
                                              Deborah Tofil
                                              Case Manager (313)234-5122